1  Adam J. Thurston (Bar No. 162636)
2  Adam.Thurston@dbr.com
   **DRINKER BIDDLE & REATH LLP**
3  1800 Century Park East, Suite 1500
   Los Angeles, California  90067-1517
4  Phone:  (310) 203-4000
   Fax:  (310) 229-1285
5

6  Attorneys for Defendant,
   M-EDGE ACCESSORIES, LLC
7

8

9
                 **UNITED STATES DISTRICT COURT**
10
                 **CENTRAL DISTRICT OF CALIFORNIA**
11
                        **SOUTHERN DIVISION**
12

13  TARGUS GROUP INTERNATIONAL,        Case No.  8:14-cv-01455 JVS (RNBx)
    INC., a Delaware corporation,
14                                     **SECOND EXTENSION FOR**
                                       **DEFENDANT TO ANSWER OR**
15              Plaintiff,             **OTHERWISE RESPOND TO**
                                       **PLAINTIFF'S COMPLAINT**
16         v.
                                       Comp. Served:  9/22/14
17  M-EDGE ACCESSORIES, LLC a          Current Resp. Date:  11/12/14
    Maryland limited liability company,  New Resp. Date:  12/12/14
18
                Defendant.
19

20

21

22         Plaintiff Targus Group International, Inc. and Defendant M-Edge
23  Accessories, LLC, by and through their respective attorneys of record, hereby agree
24  and stipulate to extend the time for Defendant M-Edge Accessories, LLC to answer
25  or otherwise respond to Plaintiff's Complaint for an additional thirty (30) days,
26  through and including December 12, 2014.  This is the second stipulation entered
27  into by the parties to extend Defendant's time to respond to the complaint, the first
28  stipulation having been made pursuant to Local Rule 8-3 and therefore did not

require leave of court. This second stipulated extension is made to provide the parties additional time to exchange information and explore the possibility of an early settlement, and is not for the purpose of delay.

Dated: November 5, 2014 **DRINKER BIDDLE & REATH LLP**

By: /s/ Adam J. Thurston
Adam J. Thurston

Attorneys for Defendant,
M-Edge Accessories, LLC

Dated: November 5, 2014 **ONE LLP**

By: /s/ Kainoa Asuega
Kainoa Asuega

Attorneys for Plaintiff,
Targus Group International, Inc.

### Attestation

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 5, 2014 **DRINKER BIDDLE & REATH LLP**

By: /s/ Adam J. Thurston
Adam J. Thurston
Attorneys for Defendant,
M-Edge Accessories, LLC