# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TARGUS GROUP INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>M-EDGE ACCESSORIES, LLC a Maryland limited liability company,<br><br>Defendant. | Case No. 8:14-cv-01455 JVS (RNBx)<br><br>**ORDER GRANTING SECOND EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Comp. Served: 9/22/14<br>Current Resp. Date: 11/12/14<br>New Resp. Date: 12/12/14 |

Upon Stipulation of the parties to extend time to answer or otherwise plead, this Court being fully advised on the premises, and good cause appearing,

IT IS HEREBY ORDERED, that Defendant M-Edge Accessories, LLC shall have until December 12, 2014 to answer or otherwise respond to Complaint in this action.

Dated: _____     _____
James V. Selna
United States District Judge